NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT STANLEY PAIGE,<br><br>              Petitioner - Appellee,<br><br>  v.<br><br>TERRY GODDARD, Attorney General of the State of Arizona; CHARLES L. RYAN,<br><br>              Respondents - Appellants. | No. 09-16789<br><br>D.C. No. 3:07-cv-08089-EHC<br>District of Arizona,<br>Phoenix<br><br>ORDER GRANTING MOTION TO CORRECT TECHNICAL ERROR IN MEMORANDUM DECISION |

Before: FERNANDEZ and SILVERMAN, Circuit Judges, and DUFFY, Senior District Judge. *

     Appellants' Motion to Correct Technical Error in Memorandum Decision is GRANTED. The memorandum disposition, originally filed October 6, 2010, will be corrected concurrently with the filing of this order.

_____

     *      The Honorable Kevin Thomas Duffy, Senior United States District Judge for the Southern District of New York, sitting by designation.